**FILED**

OCT 28 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

#89008-132

EDUARDO BENAVIDES, §
106/010
BASTROP, TX, Plaintiff, §
VS. 78602 §   Case: 1:09-cv-02026
 §   Assigned To : Roberts, Richard W.
FEDERAL BUREAU OF PRISONS, §   Assign. Date : 10/28/2009
 §   Description: FOIA/Privacy Act
Defendant. §

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an Action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to order the production of Agency records consisting of billing records and recorded telephone conversations of phone calls plaintiff made in prison to his attorney Robert O. Switzer, to phone number (210) 299-1053, while he was incarcerated at FCC Beaumont-Medium, from 2/25/08 to 8/8/08, and FCI Bastrop from 8/8/08 to 6/23/09.

2. This court has jurisdiction over this Action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff, EDUARDO BENAVIDES, is a prisoner presently incarcerated at FCC Edgefield, P.O. Box 725, Edgefield, S.C. 29824. He is the requestor of the withheld records.

RECEIVED
OCT - 5 2009
Clerk, U.S. District and
Bankruptcy Courts

1

4. Defendant Federal Bureau of Prisons (BOP) is an agency of the United States, and it has possession of and control over the records that plaintiff seeks.

5. On 5/5/09, plaintiff hand-delivered his request for billing records and telephone recorded conversations of calls he made in prison to the ITS officer at FCI Bastrop, and instructed that BOP regulations required the request to be made to Regional Director. Plaintiff did submit the request to the Regional Director, and then on 7/9/09, instructed to submit it to the Director for BOP, and did on 7/16/09.

6. Over ten working days have passed since the BOP received plaintiff's letters, and he has received no written response to his request. See copy of letters dated 5/5 and 7/16/09.

7. Plaintiff has a statutory right to the records that he seeks, and there is no legal basis for defendant's refusal to disclose them to him.

WHEREFORE, plaintiff prays that this Court:

(1) Declare that defendant's refusal to disclose the records requested by plaintiff is unlawful;

(2) Order defendant to make the requested records available to plaintiff;

(3) Award plaintiff his costs and reasonable attorneys' fees in this Action; and

(4) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*Eduardo Benavides* (signature)

EDUARDO BENAVIDES
89008-132
FCC Edgefield
P.O. Box 725
Edgefield, SC, 29824

OCT - 2