COPY

Director
Bureau of Prisons
320 First Street N.W.
Washington, D.C. 20534

July 16, 2009

RE: FOIA Request

Dear Sir:

Enclosed find copy of FOIA Request dated 5/5/09, that was sent to the Regional Director in accordance to the instructions given to me by ITS officer here, and letter dated July 9, 2009 advising me to now forward my request to your office. Accordingly I am forwarding my request and also expanding my request to include (2) additional calls made on 6/5 and 6/23/09, while at FCI Bastrop. The records of the calls made on 10/30 and 10/31/08 and 6/5 and 6/23/09 are the most pressing and needed for filing in court. Your prompt attention to this matter is appreciated.

In accordance to 28 CFR §16.48, the preservation of records is required while this request is made. In light of the two month delay from Regional Counsel and failure to forward my request to your office in compliance with the FOIA, I ask that immediate action be taken to ensure the information is not

09 2026

**FILED**
OCT 28 2009
Clerk, U.S. District and
Bankruptcy Courts

destroyed while this request is processed. Moreover, please advise if the information can be e-mailed to my attorney.

Sincerely,

*[signature]*

EDUARDO BENAVIDES
87008-132
P.O. Box 1010
Bastrop, Texas, 78602



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

JUL 0 9 2009

Eduardo Benavides
Register Number 89008-132
FCI Bastrop

RE: Correspondence

Dear Sir/Madam:

This is in response to your recently received correspondence in which you request copies of records that may be maintained by the Federal Bureau of Prisons.

In accordance with Title 28, Code of Federal Regulations, Sections 16.3, please direct your correspondence to:

> Director
> Federal Bureau of Prisons
> 320 First Street, N.W.
> Room 841
> Washington, D.C.  20534

Please ensure your correspondence and the envelope are clearly marked "FREEDOM OF INFORMATION REQUEST." Additional information is provided at Title 28, Code of Federal Regulations, Section 513.50, et. seq.

Sincerely,

Jason A. Sickler
Regional Counsel

lc

**SENSITIVE BUT UNCLASSIFIED**

Regional Director
4211 Cedar Springs Road
Suite 300
Dallas, Texas, 75219

May 5, 2009

RE: Freedom Of Information Act Request

Dear Director,

Pursuant to the Freedom of Information Act I am requesting to purchase a copy of the recorded telephone conversations I made while in BOP, and record of dates and times the telephone calls were made. The phone number that is the subject to my request is (210) 299-1053. The calls were made from February 25 to August 8, 2008 at FCC Beaumont-Medium, and from August 8, to October 31, 2008 at FCI Bastrop.
   I do not have a third party consent authorization. I was advised by the ITS officer at Bastrop but do not agree since it not illegal to record a telephone conversation when one party to the conversation has consented. Since I was the person that made the calls and aware they were being recorded I do not think any privacy interests exists. However, should you disagree, I ask that you take whatever measures are necessary to ensure that they are not destroyed in the interim that I will be required to obtain a subpoena.
   Please advise the cost for obtaining the information. Please advise if the requested information can be e-mail to my attorney.
   Thanking you in advance for your courtesies in this matter.

Sincerely,

Eduardo Benavides
89008-132
P.O. Box 1010
Bastrop, Texas, 78602