# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EDUARDO BENAVIDES,              )
                               )
           Plaintiff *pro se*,   )
                               )
    v.                         )    Civil Action No.: 09-2026 (RWR)
                               )
FEDERAL BUREAU OF PRISONS,      )
                               )
           Defendant.          )
_____ )

## DECLARATION OF LARRY COLLINS

I, Larry Collins, hereby declare the following to be a true and correct statement of facts:

1. I am a Paralegal Specialist for the Federal Bureau of Prisons (BOP) of the United States Department of Justice at the South Central Regional Office (SCRO) in Dallas, Texas.

2. Pursuant to my official responsibilities involving processing of requests for records made pursuant to the Freedom of Information Act (FOIA) I have access to records maintained in the ordinary course of business by the BOP, including, but not limited to, an inmate's medical and central file, investigative records, the FOIA e-works database, and the BOP's SENTRY computer database. In furtherance of my responsibilities, I am familiar with the policies and procedures for processing requests submitted under the Freedom of Information and Privacy Acts.

3. A review of the SENTRY database identifies the plaintiff in this matter, Eduardo Benavides, as a federal inmate who is committed to the Federal Bureau of Prisons as Edward

1

Benavides, federal register number 89008-132 (Plaintiff). Plaintiff is currently designated to serve his federal sentence at the Federal Correctional Institution (FCI) in Edgefield, South Carolina, and has a projected release date of April 2, 2017, with Good Conduct Time. Plaintiff is serving a 151-month sentence imposed on January 10, 2008, by the Honorable Judge Hudspeth, of the United States District Court for the Western District of Texas, following a conviction of Possession with Intent to Distribute 50 Grams or More of Methamphetamine, A Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841. Attached hereto as Attachment 1 is a true and accurate copy of the Public Information Inmate Data pertaining to Plaintiff.

## FOIA REQUEST 2009-10149

4. A letter dated May 5, 2009, was submitted by Plaintiff, addressed to the SCRO Regional Counsel, in which he requested a copy of recorded telephone conversations for telephone calls he placed to telephone number (210) 299-1053 between the dates of February 25, through October 31, 2008, from the Federal Correctional Complex (FCC) at Beaumont, Texas, and FCI Bastrop was received at the SCRO Regional Counsel's Office. Attached hereto as Attachment 2 is a true and accurate copy of the May 5, 2009, letter by Plaintiff. The date of receipt of the letter was not noted, however, a response to the letter was mailed July 9, 2009, instructing Plaintiff to submit the request to the BOP's Central Office, FOIA Section, in Washington, DC, pursuant to 28 CFR § 16.3. Attached hereto as Attachment 3 is a true and accurate copy of the July 9, 2009, response by the SCRO Regional Counsel.

5. On July 30, 2009, Central Office FOIA staff received correspondence from Plaintiff which contained letters dated June 19, July 12, and July 16, 2009, in addition to the May 5, 2009,

letter and July 9, 2009, response. Central Office FOIA staff forwarded electronic copies of these letters to the SCRO Regional Counsel's Office for response.

6. The June 19, 2009, letter included seven separate requests for records which Plaintiff indicated staff at FCI Bastrop refused to provide locally and referenced his previous review of his central file. The requested records include: position description for "Tool Room and Orderly" positions on the Recreation work detail at FCI Bastrop; Administrative Remedy Indexes and responses for FCI Bastrop from 2006, through the present; Receiving and Discharge (R&D) Manual; records regarding the confiscation of three law books and personal notes by R&D staff on September 8, 2008; inmate performance pay records for the months of April and May 2009; records related his alleged placement on a mail monitoring list by the Special Investigative Supervisor (SIS); and incoming letters which were returned to the sender by FCI Bastrop staff. Attached hereto as Attachment 4 is a true and accurate copy of the June 19, 2009, letter by Plaintiff.

7. The July 12, 2009, letter references a prior request, number 2009-07030, and expresses Plaintiff's complaint that staff at FCI Bastrop had not provided him requested records and would not provide a written response regarding the withholding of information. The letter does not specify what records were allegedly not provided by FCI Bastrop staff. Attached hereto as Attachment 5 is a true and accurate copy of the July 12, letter by Plaintiff. The response to request number 2009-07030, dated June 12, 2009, instructed Plaintiff to conduct a local review of releasable documents maintained in his central, medical and psychology files and obtain a copy of requested records from institution staff. The letter also advised Plaintiff that if he wished to obtain a copy of records that were not available to him locally he should submit a separate

request which describes the records sought.  Attached hereto as Attachment 6 is true and accurate

copy of the June 12, 2009, response to request number 2009-07030.

8.  The July 16, 2009, letter referenced the request made in the letter dated May 5, 2009,

and also indicated he wished to expand the request to include recordings of telephone

conversations made on two additional dates, June 5, and June 23, 2009.  The May 5, 2009, letter

requested a copy of recorded telephone conversations and record of the dates and times for calls

he placed to telephone number (210) 299-1053 from February 25, through October 31, 2008.

The letter dated July 16, 2009, also referenced a need for "telephone records" which was

interpreted to be a request for telephone transactional data.  Attached hereto as Attachment 7 is a

true and accurate copy of the July 16, 2009, letter by Plaintiff.

9.  On August 4, 2009, I keyed the FOA Request information into the BOP's e-works

FOIA Database and the request was assigned as number 2009-10149.  The separate letters, dated

May 5, June 19, July 12, and July 15, 2009, were processed as a single request as the letters were

received on the same date, July 30, 2009, and the records sought by each letter were records

Plaintiff indicated he had previously requested from institution staff and been denied.  On the

same date I sent, via e-mail, requests for records responsive to Plaintiff's FOIA Request to staff

at the Federal Correctional Complex (FCC) in Beaumont, Texas, and the Federal Correctional

Institution (FCI) in Bastrop, Texas .

10.  On August 6, 2009, a response was received from staff at FCC Beaumont indicating

the requested telephone recordings were no longer available as the telephone calls had been made

more than six months prior to the date of the search and had not been preserved[1]. The response

also included a three-page computer print out containing transactional data for the responsive

telephone calls that Plaintiff made while incarcerated at FCC Beaumont.

11.   On September 1, 2009, the request for records from FCI Bastrop was resent and on

September 4, 2009, a response was received which included recordings of telephone calls made

by Plaintiff on June 6, and June 23, 2009.  The response indicated that recordings for the

telephone calls made prior to six months of the date of the search were no longer available.  The

response did not contain a copy of the telephone transactional data.  Additionally, several of the

documents provided in response to other portions of the request were not legible.  On

September 4, 2009, I requested additional records from FCI Bastrop which were needed to

complete the request.

12.   On September 14, 2009, a follow-up request was forwarded to staff at FCI Bastrop

and on September 21, 2009, additional records were received from FCI Bastrop staff.  However,

the records received were not a complete response.  On September 21, 2009, another follow-up

request was forwarded to FCI Bastrop staff.

13.   On November 18, 2009, the remaining records were received from staff at FCI

Bastrop which included thirteen pages of computer printouts containing transactional data for all

telephone calls Plaintiff made while incarcerated at FCI Bastrop during the time frames noted on

his request.

---

[1]Recorded telephone conversations are maintained digitally on the Telephone Activity
Record System (TARS) for a period of six months from the date created, at which time they are
overwritten with new data.  Attached hereto as Attachment 8 is a true and accurate copy of the
System of Records Notification for the BOP Telephone Activity Record System.

14. On November 24, 2009, a response to Plaintiff's FOIA Request was completed and forwarded to Plaintiff, via the U.S. Postal Service, Priority Mail[2]. Attached hereto as Attachment 9 is a true and accurate copy of the November 24, 2009, response to Plaintiff, FOIA Request number 2009-10149. A total of sixteen pages of telephone transactional data printouts were released to Plaintiff with the user identification codes redacted pursuant to FOIA exemption 5 U.S.C. § 552(b)(2). No records were located in response to Plaintiff's request for recorded telephone conversations for telephone calls he placed to telephone number (210) 299-1053 between February 25, 2008, and October 31, 2008. Two recorded telephone conversations were located in response to the request for recordings of conversations for telephone calls placed to telephone number (210) 299-1053 on June 5, 2009, and June 23, 2009. The response advised Plaintiff a copy of these recordings could be forwarded to an un-incarcerated third party upon receipt of consent for the release of information from all parties to the telephone conversations and if consent could not be provided the response could be considered a denial of the release of the recorded telephone conversations pursuant to FOIA Exemption 5 U.S.C. § 552(b)(7)(C). Attached hereto as Attachment 10 is a true and accurate copy of a <u>Vaughn</u> Index pertaining to FOIA Request number 2009-10149, generated in response to this litigation.

<u>BUREAU OF PRISONS STATUS AS A LAW ENFORCEMENT AGENCY</u>

15. The BOP is a law enforcement agency. The term, "law enforcement officer" is defined as "an employee of the Bureau of Prisons or Federal Prison Industries, Inc." See, e.g., 5

---

[2]It is noted that the FOIA request processed by the BOP is a combination of several letters submitted by the Plaintiff and the response to the request addresses each record requested in those letters. However, Plaintiff's complaint raises only the alleged improper withholding of records requested in the letters dated May 5, and July 15, 2009.

U.S.C. § 8401(17)(D)(i).   Furthermore, BOP employees perform inherently law enforcement

functions.  They possess the authority to make arrests, 18 U.S.C. § 3050; seize evidence, 18

U.S.C. § 4012; and execute searches on inmates and visitors to the institution, 28 C.F.R. §

511.10-511.12, 552.10-552.14.   Additionally, the BOP is tasked with the law enforcement

mission of protecting inmates, staff, and the community.[3]  As such, the files of federal inmates

are essential to BOP staff in carrying out the law enforcement mission of the BOP.

<u>JUSTIFICATION FOR NON-DISCLOSURE UNDER THE FOIA<br>EXEMPTIONS 5 U.S.C. § 552(b)(2) and (7)(C)</u>

16.   Exemption (b)(2) of the FOIA protects from mandatory disclosure those documents

which "relate solely to the internal personnel rules and practices of an agency."  Exemption

"high" (b)(2) of the FOIA protects from disclosure internal matters of a far more substantial

nature, the disclosure of which, would risk the circumvention of a legal requirement.  In this

matter the information excised pursuant to Exemption (b)(2) are user identification codes used to

access the BOP's TRUFONE and TRUVIEW computer systems.  The TRUFONE system is the

current system for tracking, monitoring and recording inmate telephone calls.  The TRUVIEW

system is an application used primarily by investigative staff to access information maintained on

the TRUFONE system.  The TRUFONE and TRUVIEW computer systems can only be accessed

by authorized BOP staff utilizing their assigned user identification codes and passwords.  The

---

[3] 18 U.S.C. § 4042 sets out the BOP's general authority:
"The Bureau of Prisons, under the direction of the Attorney General, shall (1)
have charge of the management and regulation of all Federal penal and
correctional institutions; (2) provide suitable quarters and provide for the
safekeeping, care, and subsistence of all persons charged with or convicted of
offenses against the United States, or held as witnesses or otherwise; (3)
provide for the protection, instruction, and discipline of all persons charged
with or convicted of offenses against the United States."

release of the user identification codes would increase the risk of unauthorized access to these computer systems.

17.   Exemption (b)(7)(C) of the FOIA exempts from mandatory release  records or information compiled for law enforcement purposes if such release could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.  Recorded conversations are maintained on the TARS for the purpose of monitoring inmate telephone activity and conducting investigations regarding violations of illegal activities or suspected illegal activities being conducted, coordinated or directed from within a BOP facility. (See Attachment 8)   In deciding to withhold this material, the privacy interests of these individuals were balanced against the public interest in the information.  BOP determined that there was no public interest in the release of this information because dissemination of the information would not help explain the activities and operations of the BOP.  On the other hand, BOP concluded that a substantial privacy interest exists in information about individuals that is maintained in a federal law enforcement file.  In fact, the only interest that would be served by release of the records would be plaintiff's personal interest.

## SEGRAGABILITY

.   18.   Plaintiff has not provided consent of the third parties to the recorded telephone conversations for the release of their portions of the telephone calls and the BOP does not have the capability to segregate the exempt and non-exempt portions of the conversations.  The BOP does not maintain equipment necessary for the editing of the digitally stored recordings.  The recorded conversations cannot be released in a redacted version and release of the unedited conversations would result in an unwarranted invasion of privacy of the third parties of the

8

conversations.

19. Plaintiff has been provided with all responsive records pursuant to his requests. Where appropriate, the BOP asserted FOIA exemptions for documents compiled for law enforcement purposes. Each record was evaluated, line by line, for segregability during the administrative process.

20. The withheld information cannot be further segregated without risking circumvention of the security of certain BOP computer systems or an unwarranted invasion of other individuals. Where a record was withheld in its entirety, it was determined the BOP does not have the capability to segregate the record due to the media on which the record is maintained.

I declare under a penalty of perjury that the information provided is true and correct to the best of my information, knowledge, and belief.

Executed this _28_ day of December 2009.


Larry Collins
Paralegal Specialist
Federal Bureau of Prisons
South Central Regional Office
Dallas, Texas

Benavides v. BOP

Civil Action No.: 09-2026 (RWR)

Attachment 1

```
   SCR6I          *        PUBLIC INFORMATION      *     11-18-2009
 PAGE 001         *          INMATE DATA           *     07:30:56
                                 AS OF 11-18-2009

 REGNO..: 89008-132 NAME: BENAVIDES, EDWARD M

                  RESP OF: EDG / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 803-637-1500    FAX: 803-637-9840
                                           RACE/SEX...: WHITE / MALE
                                           AGE: 60
 PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
 PROJ REL DT: 04-02-2017                    PAR HEAR DT:
 -------------------------- ADMIT/RELEASE HISTORY ----------------------------
 FCL   ASSIGNMENT DESCRIPTION             START DATE/TIME STOP  DATE/TIME
 EDG   A-DES      DESIGNATED, AT ASSIGNED FACIL  08-12-2009 0940 CURRENT
 B03   RELEASE    RELEASED FROM IN-TRANSIT FACL  08-12-2009 0940 08-12-2009 0940
 B03   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-12-2009 0555 08-12-2009 0940
 ATL   HLD REMOVE HOLDOVER REMOVED              08-12-2009 0555 08-12-2009 0555
 ATL   A-BOP HLD  HOLDOVER FOR INST TO INST TRF  08-05-2009 1709 08-12-2009 0555
 A01   RELEASE    RELEASED FROM IN-TRANSIT FACL  08-05-2009 1709 08-05-2009 1709
 A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-05-2009 1040 08-05-2009 1709
 OKL   HLD REMOVE HOLDOVER REMOVED              08-05-2009 0940 08-05-2009 0940
 OKL   A-BOP HLD  HOLDOVER FOR INST TO INST TRF  07-31-2009 1700 08-05-2009 0940
 A02   RELEASE    RELEASED FROM IN-TRANSIT FACL  07-31-2009 1800 07-31-2009 1800
 A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-31-2009 1342 07-31-2009 1800
 BAS   TRANSFER   TRANSFER                       07-31-2009 1242 07-31-2009 1242
 BAS   A-DES      DESIGNATED, AT ASSIGNED FACIL  08-08-2008 1800 07-31-2009 1242
 A01   RELEASE    RELEASED FROM IN-TRANSIT FACL  08-08-2008 1900 08-08-2008 1900
 A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-08-2008 0958 08-08-2008 1900
 BMM   TRANSFER   TRANSFER                       08-08-2008 0858 08-08-2008 0858
 BMM   A-DES      DESIGNATED, AT ASSIGNED FACIL  02-25-2008 1214 08-08-2008 0858
 9-L   RELEASE    RELEASED FROM IN-TRANSIT FACL  02-25-2008 1314 02-25-2008 1314
 9-L   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-22-2008 0808 02-25-2008 1314
 DSC   ADMIN REL  ADMINISTRATIVE RELEASE         01-22-2008 0708 01-22-2008 0708
 DSC   A-ADMIN    ADMINISTRATIVE ADMISSION       01-22-2008 0705 01-22-2008 0708
 BAS   PAROLE     PAROLE FROM PAR COM OR CT      07-26-2002 0917 01-22-2008 0705
 BAS   A-DES      DESIGNATED, AT ASSIGNED FACIL  06-04-2002 1400 07-26-2002 0917
 A02   RELEASE    RELEASED FROM IN-TRANSIT FACL  06-04-2002 1500 06-04-2002 1500
 A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-04-2002 0845 06-04-2002 1500
 OKL   HLD REMOVE HOLDOVER REMOVED              06-04-2002 0745 06-04-2002 0745
 OKL   A-BOP HLD  HOLDOVER FOR INST TO INST TRF  05-28-2002 1530 06-04-2002 0745
 S19   RELEASE    RELEASED FROM IN-TRANSIT FACL  05-28-2002 1630 05-28-2002 1630
 S19   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-28-2002 0545 05-28-2002 1630
 BML   TRANSFER   TRANSFER                       05-28-2002 0445 05-28-2002 0445
 BML   A-DES      DESIGNATED, AT ASSIGNED FACIL  03-12-2002 1701 05-28-2002 0445
 S23   RELEASE    RELEASED FROM IN-TRANSIT FACL  03-12-2002 1801 03-12-2002 1801
 S23   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-12-2002 0655 03-12-2002 1801
 OKL   HLD REMOVE HOLDOVER REMOVED              03-12-2002 0555 03-12-2002 0555
 OKL   A-BOP HLD  HOLDOVER FOR INST TO INST TRF  02-25-2002 1455 03-12-2002 0555
 A02   RELEASE    RELEASED FROM IN-TRANSIT FACL  02-25-2002 1555 02-25-2002 1555


 G0002      MORE PAGES TO FOLLOW . . .
```

```
  SCR6I            *        PUBLIC INFORMATION        *     11-18-2009
PAGE 002           *          INMATE DATA             *     07:30:56
                              AS OF 11-18-2009
```

REGNO..: 89008-132 NAME: BENAVIDES, EDWARD M

```
                    RESP OF: EDG / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 803-637-1500   FAX: 803-637-9840
A02   A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 02-25-2002 1048 02-25-2002 1555
BAS   TRANSFER     TRANSFER                       02-25-2002 0948 02-25-2002 0948
BAS   A-DES        DESIGNATED, AT ASSIGNED FACIL  01-08-2002 1350 02-25-2002 0948
2-E   RELEASE      RELEASED FROM IN-TRANSIT FACL  01-08-2002 1450 01-08-2002 1450
2-E   A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-27-2001 1400 01-08-2002 1450
CSA   ADMIN REL    ADMINISTRATIVE RELEASE         11-27-2001 1300 11-27-2001 1300
CSA   A-ADMIN      ADMINISTRATIVE ADMISSION       11-27-2001 1249 11-27-2001 1300
P01   RELEASE 11   RELEASED FROM IN-TRANSIT, NOV  11-27-2001 1349 11-27-2001 1349
P01   A-ADMIT 06   ADMITTED TO IN-TRANSIT, JUN    06-13-2001 0530 11-27-2001 1349
7-E   RELEASE      RELEASED FROM IN-TRANSIT FACL  06-13-2001 0530 06-13-2001 0530
7-E   A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 02-13-2001 1930 06-13-2001 0530
HOU   HLD REMOVE   HOLDOVER REMOVED               02-13-2001 1830 02-13-2001 1830
HOU   A-HLD        HOLDOVER, TEMPORARILY HOUSED   02-02-2001 1845 02-13-2001 1830
P85   RELEASE 02   RELEASED FROM IN-TRANSIT, FEB  02-02-2001 1945 02-02-2001 1945
P85   A-ADMIT 10   ADMITTED TO IN-TRANSIT, OCT    10-13-1985 0226 02-02-2001 1945
I-T   RELEASE      RELEASED FROM IN-TRANSIT FACL  10-13-1985 0226 10-13-1985 0226
I-T   A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 09-13-1985 1245 10-13-1985 0226
BAS   HLD REMOVE   HOLDOVER REMOVED               09-13-1985 1245 09-13-1985 1245
BAS   A-HLD        HOLDOVER, TEMPORARILY HOUSED   09-12-1985 1920 09-13-1985 1245
I-T   RELEASE      RELEASED FROM IN-TRANSIT FACL  09-12-1985 1920 09-12-1985 1920
I-T   A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 09-12-1985 0700 09-12-1985 1920
BAS   HLD REMOVE   HOLDOVER REMOVED               09-12-1985 0700 09-12-1985 0700
BAS   A-HLD        HOLDOVER, TEMPORARILY HOUSED   08-05-1985 1750 09-12-1985 0700
I-T   RELEASE      RELEASED FROM IN-TRANSIT FACL  08-05-1985 1750 08-05-1985 1750
I-T   A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 08-05-1985 0700 08-05-1985 1750
BAS   HLD REMOVE   HOLDOVER REMOVED               08-05-1985 0700 08-05-1985 0700
BAS   A-HLD        HOLDOVER, TEMPORARILY HOUSED   05-15-1985 1335 08-05-1985 0700
BAS   OTHER ABS    OTHER AUTHORIZED ABSENCE       05-15-1985 0900 05-15-1985 1335
BAS   A-HLD        HOLDOVER, TEMPORARILY HOUSED   03-15-1985 1740 05-15-1985 0900
BAS   COURT        COURT APPEARANCE W/SCHED RETRN 03-15-1985 0705 03-15-1985 1740
BAS   A-HLD        HOLDOVER, TEMPORARILY HOUSED   10-11-1984 1246 03-15-1985 0705
BAS   HLD REMOVE   HOLDOVER REMOVED               09-13-1984 1930 10-11-1984 1246
BAS   A-HLD        HOLDOVER, TEMPORARILY HOUSED   08-03-1984 1810 09-13-1984 1930
BAS   HLD REMOVE   HOLDOVER REMOVED               08-02-1984 0701 08-03-1984 1810
BAS   A-HLD        HOLDOVER, TEMPORARILY HOUSED   07-12-1984 1327 08-02-1984 0701
BAS   PRE REMOVE   PRE SENT DETAINEE REMOVED      06-20-1984 0700 07-12-1984 1327
BAS   A-HLD        HOLDOVER, TEMPORARILY HOUSED   06-07-1984 1850 06-20-1984 0700
BAS   HLD REMOVE   HOLDOVER REMOVED               04-27-1984 0807 06-07-1984 1850
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  SCR6I          *        PUBLIC INFORMATION        *      11-18-2009
 PAGE 003        *          INMATE DATA             *      07:30:56
                           AS OF 11-18-2009
```

REGNO..: 89008-132 NAME: BENAVIDES, EDWARD M

```
                RESP OF: EDG / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 803-637-1500    FAX: 803-637-9840
HOME DETENTION ELIGIBILITY DATE: 10-02-2016
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-02-2017 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ----------------------

```
COURT OF JURISDICTION...........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER...................: SA-06-CR-198(1)-H
JUDGE...........................: HUDSPETH
DATE SENTENCED/PROBATION IMPOSED: 01-10-2008
DATE COMMITTED..................: 02-25-2008
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00         $00.00
```

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 383
OFF/CHG: 21:841(A)(1)& (B)(1)(A) PWITD 50 GRAMS OR MORE OF
         METHAMPHETAMINE, A SCHEDULED II CONTROLLED SUNSTANCE

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: 151 MONTHS
 TERM OF SUPERVISION............:   5 YEARS
 DATE OF OFFENSE................: 03-17-2006
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
SCR6I          *        PUBLIC INFORMATION         *      11-18-2009
PAGE 004        *           INMATE DATA            *      07:30:56
                          AS OF 11-18-2009
```

REGNO..: 89008-132 NAME: BENAVIDES, EDWARD M

```
                RESP OF: EDG / DESIGNATED, AT ASSIGNED FACIL
                PHONE..: 803-637-1500    FAX: 803-637-9840
-------------------------CURRENT COMPUTATION NO: 030 -------------------------
```

COMPUTATION 030 WAS LAST UPDATED ON 07-21-2009 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-18-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

```
DATE COMPUTATION BEGAN..........: 01-10-2008
TOTAL TERM IN EFFECT............:   151 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS      7 MONTHS
EARLIEST DATE OF OFFENSE........: 03-17-2006

JAIL CREDIT.....................:      FROM DATE    THRU DATE
                                      03-17-2006   01-09-2008

TOTAL PRIOR CREDIT TIME.........: 664
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 561
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 04-02-2017
EXPIRATION FULL TERM DATE.......: 10-15-2018


PROJECTED SATISFACTION DATE.....: 04-02-2017
PROJECTED SATISFACTION METHOD...: GCT REL
```

G0002      MORE PAGES TO FOLLOW . . .

```
SCR6I           *        PUBLIC INFORMATION        *      11-18-2009
PAGE 005        *           INMATE DATA            *      07:30:56
                          AS OF 11-18-2009
```

REGNO..: 89008-132 NAME: BENAVIDES, EDWARD M

                    RESP OF: EDG / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-26-2002 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ----------------------

```
COURT OF JURISDICTION...........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER...................: SA84CR216
JUDGE...........................: SESSIONS
DATE SENTENCED/PROBATION IMPOSED: 09-11-1985
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 01-08-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  153
OFF/CHG: 42:408 FURNISHING FALSE INFORMATION W/SOCIAL SECURITY CARD
         APPLICATION

```
 SENTENCE PROCEDURE.............: 4205(B)(2) IMMEDIATE PE
 SENTENCE IMPOSED/TIME TO SERVE.:      3 YEARS
 DATE OF OFFENSE................: 03-02-1984
```

 G0002       MORE PAGES TO FOLLOW . . .

```
  SCR6I          *        PUBLIC INFORMATION          *      11-18-2009
  PAGE 006       *           INMATE DATA              *      07:30:56
                             AS OF 07-26-2002
```

REGNO..: 89008-132 NAME: BENAVIDES, EDWARD M

```
              RESP OF: EDG / DESIGNATED, AT ASSIGNED FACIL
              PHONE..: 803-637-1500    FAX: 803-637-9840
------------------------PRIOR COMPUTATION NO: 020 ------------------------
```

COMPUTATION 020 WAS LAST UPDATED ON 07-25-2002 AT BAS AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

```
DATE COMPUTATION BEGAN..........: 01-26-2001
TOTAL TERM IN EFFECT............:    3 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 03-02-1984

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 252
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 05-18-2003
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 07-29-2003
EXPIRATION FULL TERM DATE.......: 01-25-2004

PAROLE EFFECTIVE................: 07-26-2002
PAROLE EFF VERIFICATION DATE....: 07-25-2002
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 07-26-2002
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: BAS
ACTUAL SATISFACTION KEYED BY....: DRP

DAYS REMAINING..................: 548
FINAL PUBLIC LAW DAYS...........: 0
```

G0002       MORE PAGES TO FOLLOW . . .

```
   SCR6I          *         PUBLIC INFORMATION        *      11-18-2009
   PAGE 007       *            INMATE DATA            *      07:30:56
                               AS OF 07-03-1980
```

REGNO..: 89008-132 NAME: BENAVIDES, EDWARD M

                   RESP OF: EDG / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-03-1980 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER...................: SA-75-CR-183
JUDGE...........................: SPEARS
DATE SENTENCED/PROBATION IMPOSED: 11-25-1975
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 01-14-1976
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:    15 YEARS


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:   381
OFF/CHG: 21:841 POSSESSION W/INT TO DISTRIBUTE COCAINE & HEROIN

 SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:    15 YEARS
 DATE OF OFFENSE................: 05-06-1975

G0002       MORE PAGES TO FOLLOW . . .

```
   SCR6I         *        PUBLIC INFORMATION        *     11-18-2009
PAGE 008 OF 008 *              INMATE DATA          *     07:30:56
                          AS OF 07-03-1980
```

REGNO..: 89008-132 NAME: BENAVIDES, EDWARD M

```
              RESP OF: EDG / DESIGNATED, AT ASSIGNED FACIL
              PHONE..: 803-637-1500   FAX: 803-637-9840
-------------------------PRIOR COMPUTATION NO: 010 -------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 01-23-2002 AT BAS AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

```
DATE COMPUTATION BEGAN..........: 11-25-1975
TOTAL TERM IN EFFECT............:    15 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    15 YEARS
EARLIEST DATE OF OFFENSE........: 05-06-1975

JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                     05-06-1975     11-24-1975

TOTAL JAIL CREDIT TIME..........: 203
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1800
PAROLE ELIGIBILITY..............: 05-05-1980
STATUTORY RELEASE DATE..........: 05-31-1985
TWO THIRDS DATE.................: 05-05-1985
180 DAY DATE....................: 11-06-1989
EXPIRATION FULL TERM DATE.......: 05-05-1990

PAROLE EFFECTIVE................: 07-03-1980
PAROLE EFF VERIFICATION DATE....: 07-01-1980
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 07-03-1980
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: BAS
ACTUAL SATISFACTION KEYED BY....: GLK

DAYS REMAINING..................: 3593
FINAL PUBLIC LAW DAYS...........: 0
```

G0000      TRANSACTION SUCCESSFULLY COMPLETED

Benavides v. BOP

Civil Action No.: 09-2026 (RWR)

Attachment 2

Regional Director
4211 Cedar Springs Road
Suite 300
Dallas, Texas, 75219

May 5, 2009

RE: Freedom Of Information Act Request

Dear Director,

Pursuant to the Freedom of Information Act I am requesting to purchase a copy of the recorded telephone conversations I made while in BOP, and record of dates and times the telephone calls were made. The phone number that is the subject to my request is (210) 299-1053. The calls were made from February 25 to August 8, 2008 at FCC Beaumont-Medium, and from August 8, to October 31, 2008 at FCI Bastrop.

I do not have a third party consent authorization. I was advised by the ITS officer at Bastrop but do not agree since it not illegal to record a telephone conversation when one party to the conversation has consented. Since I was the person that made the calls and aware they were being recorded I do not think any privacy interests exists. However, should you disagree, I ask that you take whatever measures are necessary to ensure that they are not destroyed in the interim that I will be required to obtain a subpoena.

Please advise the cost for obtaining the information. Please advise if the requested information can be e-mail to my attorney.

Thanking you in advance for your courtesies in this matter.

Sincerely,

Eduardo Benavides
89008-132
P.O. Box 1010
Bastrop, Texas, 78602

Benavides v. BOP

Civil Action No.: 09-2026 (RWR)

Attachment 3



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

JUL 09 2009

Eduardo Benavides
Register Number 89008-132
FCI Bastrop

RE: Correspondence

Dear Sir/Madam:

This is in response to your recently received correspondence in which you request copies of records that may be maintained by the Federal Bureau of Prisons.

In accordance with Title 28, Code of Federal Regulations, Sections 16.3, please direct your correspondence to:

        Director
        Federal Bureau of Prisons
        320 First Street, N.W.
        Room 841
        Washington, D.C.  20534

Please ensure your correspondence and the envelope are clearly marked "FREEDOM OF INFORMATION REQUEST."  Additional information is provided at Title 28, Code of Federal Regulations, Section 513.50, et. seq.

Sincerely,

Jason A. Sickler
Regional Counsel

lc

SENSITIVE BUT UNCLASSIFIED

Benavides v. BOP

Civil Action No.: 09-2026 (RWR)

Attachment 4

ʒ𝓊

Bureau of Prisons
Freedom of Information Office
10th & Constitution Ave., N.W.,
Room 7238
Washington, DC, 20530-0001

# Received

JUL 3 0 2009

FOIA/PA Section
Federal Bureau of Prison

June 19, 2009

RE: Freedom Of Information Act Request

Dear Sir:

I am a federal prisoner incarcerated at FCI Bastrop, Texas.
I request that I be provided with the following information.

1.   PS 5251.06 states that inmates upon written request
are to be provided with a copy of their job position.  I am
presently assigned to work in the recreation department and
have been given (3) job positions, i.e., CD Clerk, Tool Room
and Orderly.  I am requesting that I be provided with a copy
of the job descriptionfor the Tool Room and Orderly.  I have
made several requests to staff here and advised that I am only
entitled to have one job descripton, for all job assignments.

2.   Copy of indexes and response to all grievances filed
between 2006 to the present that were compiled by FCI Bastrop.
Please be advised that I have been requesting this information
for approximately (8) months from S. Maat, Administrative
Remedies Coordinator and cannot get him to comply, despite
having administratively exhausted this matter in Administrative
Remedy 514807-R2.  Although the Regional Office decided the
information had to be released, it has not.  I appealed to
the Central Office and it was decided that the information had
already been released when in fact has not.  I reported this
matter to S. Davee, Unit Manager and S. Maat, and still cannot
get a reponse from them as to who had represented to Central
that the information had been released.  It is for this reason
that I am now filing the request for this information.

3.   Receiving and Discharge Manual.

4.   On September 8, 2008, I had (3) law books and personal
notes confiscated by R&D. I was later informed that they had
been destroyed after it was deemed abondoned. I am requesting
that I be provided with any all records showing the person that
destroyed the property and the date it was destroyed.  I have
already made several requests to A. Felts, Acting CMC for FCI
Bastrop and cannot get a proper response.

5.    I am requesting a copy of the pay performance record that
was compiled by FCI Bastrop for the months of April and May 2009.
I have already reviewed my central file and informed by S. Davie,
Unit Manager they cannot be located.

6.    Copy of any and all records that show the reason I was
placed on the SIS mail list, and the name of the person that
requested it.

7.    For several months I have had several incoming letters
rejected and returned to the sender.  I have asked my Unit
Team and A. Felts, Acting CMC, that I be allowed to review
them. I have been told that I cannot without any explanation.
I am now asking your office that I be allowed to review all
incoming letters that have been rejected.




Sincerely,



Eduardo Benavides
89008-132
P.O. Box 1010
Bastrop, Texas, 78602

Benavides v. BOP

Civil Action No.: 09-2026 (RWR)

Attachment 5

$5 ∪$

**Received**

JUL 3 0 2009

FOIA/PA Section
Federal Bureau of Prison

Bureau of Prisons
320 First Street, N.W,
Washington, D.C., 20534

July 12, 2009

Re: FOIA No. 2009-07030

Dear Sir:

By letter dated April 14, 2009, I listed and described (10) record requests. Please be advised that number 8 and 9 were released before I received your June 12, 2009, response. Moreover, please be advised that S. Davis, Unit Manager, Mr. Young, Hospital Administrator, Dr. Ray L. Hill, Chief Psychologist and Warden Claude Maye have refused to release the remaining information and will not provide me any written response explaining the withholding of the information. According to them, a verbal No is all that is required per Bastrop policy.

Accordingly, I am appealing the withholding of the information I have requested to your office.

Sincerely,

Eduardo Benavides
89008-132
P.O. Box 1010
Bastrop, Texas, 78602

<u>Benavides v. BOP</u>

Civil Action No.: 09-2026 (RWR)

Attachment 6



U.S. Department of Justice

Federal Bureau of Prisons

*South Central Regional Office*

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

JUN 1 2 2009

Eduardo Benavides
Register Number 89008-132
Federal Correctional Institution
Post Office Box 1010
Bastrop, Texas 78602

Re: Freedom of Information Request Number 2009-07030

Dear Mr. Benavides:

This is in response to your request for a copy of specific Bureau of Prisons records pertaining to you. You requested various documents which would routinely be maintained in your central, medical and psychology files.

The central, medical and psychology files pertaining to you are accessible for your review at the institution where you are currently incarcerated. Therefore, in accordance with Bureau of Prisons Program Statement 1351.05, <u>Release of Information</u>, please contact local institution staff and request access to the documents in your central, medical and psychology files. If, after you review the materials locally, you wish to acquire additional documents you may submit a separate request, which describes the records sought, to the Bureau of Prisons, Office of General Counsel, 320 First Street, NW, Washington, D.C. 20534. The envelope and the request must be clearly marked "Privacy Act Request."

By copy of this letter, I am requesting staff at the institution provide you an opportunity to review the releasable documents maintained in the central and medical files pertaining to you. Upon completion of the review, if you wish to obtain copies of documents, please identify such documents to staff and you will be provided copies of the releasable documents.

SENSITIVE BUT UNCLASSIFIED

FOIA Req. No. 2009-07030
Edward Benavides; Reg. No. 89008-132
Page 2


Please be advised you will be subject to all applicable fees as
noted in accordance with Title 28, Code of Federal Regulations,
Section 16.11(C) and (d).  You are entitled to receive one
hundred (100) pages without charge. Pursuant to Title 28, Code of
Federal Regulations Section 16.11(d)(3), no fee shall be assessed
for an amount less than $14.00.  However, if the total number of
pages exceeds two hundred forty (240) pages you will be charged
ten cents (.10) per page for each page in excess of one hundred
(100) pages.  Additionally, a search fee will be assessed if the
time to locate the responsive documents exceeds two (2) hours.

Sincerely,

Jason A. Sickler
Regional Counsel


lc


cc:  C. Maye, Warden
     FCI Bastrop


     NOTE:  Please have the appropriate staff provide Mr.
     Benavides with an opportunity to review the central, medical
     and psychology files pertaining to him and obtain copies of
     releasable documents.  Please note a copy of the releasing
     correspondence should be forwarded to this office.


SENSITIVE BUT UNCLASSIFIED

<u>Benavides v. BOP</u>

Civil Action No.: 09-2026 (RWR)

Attachment 7

Director
Bureau of Prisons
320 First Street N.W.
Washington, D.C. 20534

July 16, 2009

RE: FOIA Request

Dear Sir:

Enclosed find copy of FOIA Request dated 5/5/09, that was sent to the Regional Directors in accordance to the instructions given to me by ITS officer here, and letter dated July 9, 2009, advising me to now forward my request to your office. Accordingly, I am forwarding my request and also expanding my request to include (2) additional calls made on 6/5 and 6/23/09, while at FCI Bastrop. The records of the calls made on 10/30 and 10/31/08 and 6/5 and 6/23/09 are the most pressing and needed for filing in court. Your prompt attention to this matter is appreciated.

In accordance to 28 CFR §16.48, the preservation of records is required while this request is made. In light of the two month delay from Regional Counsel, and failure to forward my request to your office in compliance with the FOIA, I ask that immediate action be taken to ensure the information is not

destroyed while this request is processed.
Moreover, please advise if the information can be
e-mailed to my attorney.

Sincerely,

EDUARDO BENAVIDES
89008-132
P.O. Box 1010
Bastrop, Texas, 78602

<u>Benavides v. BOP</u>

Civil Action No.: 09-2026 (RWR)

Attachment 8

```
<PRE>
[Federal Register: April 8, 2002 (Volume 67, Number 67)]
[Notices]
[Page 16762-16763]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr08ap02-84]
```

-----------------------------------------------------------------------

DEPARTMENT OF JUSTICE

[AAG/A Order No. 261-2002]

Privacy Act of 1974; System of Records

    Pursuant to the Privacy Act of 1974 (5 U.S.C. 552a), notice is
given that the Federal Bureau of Prisons (Bureau) proposes to modify
its system of records entitled ``Telephone Activity Record System,
JUSTICE/BOP-011''. This system, which was last published on April 21,
1995 (60 FR 19958), is now being modified and will become effective 60
days from the date of publication.
    The Bureau is updating the system's location and modifying the
system to include all individuals placed directly under the custody of
the Bureau pursuant to 18 U.S.C. 3621 and 5003 (state inmates). Digital
recordings and Compact Discs (CDs) have been added to the sections
describing Categories of Records and Storage. Two Routine Uses have
been revised and a new Routine Use added. All other sections remain the
same, including the exemptions from certain provisions of the Privacy
Act.
    Title 5 U.S.C. 552a (e)(4) and (11) provide that the public be
provided a 30-day period in which to comment. The Office of Management
and Budget (OMB), which has oversight responsibilities under the
Privacy Act, requires that it be given a 40-day period in which to
review the system. Therefore, please submit any comments by May 8,
2002. The public, OMB, and the Congress are invited to send written
comments to Mary Cahill, Management and Planning Staff, Justice
Management Division, Department of Justice, Washington, DC 20530 (1400
National Place Building).
    In accordance with 5 U.S.C. 552a(r), the Department has provided a
report to OMB and the Congress on the proposed modification.
    A description of the modified system is provided below. Although
there were only a few changes to the system as previously published,
the entire notice is provided below for the convenience of the public.

    Dated: March 28, 2002.
Robert F. Diegelman,
Acting Assistant Attorney General for Administration.
JUSTICE/BOP-011

SYSTEM NAME:
    Telephone Activity Record System.

SYSTEM LOCATION:
    Records may be retained at the Central Office, Regional Offices, or
at any of the Federal Bureau of Prisons (Bureau) facilities, or any
location operated by a contractor authorized to provide computer and/or
telephone service to Bureau inmates. A list of Bureau facilities may be
found at 28 CFR part 503 and on the Internet at <A HREF="http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leavingFR.html&log=linklog

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:
    Current and former inmates, including pre-trial detainees, under
the custody of the Attorney General and/or the Director of the Bureau
of Prisons; recipients of telephone calls from current and former
inmates; individuals on the approved telephone lists of current or
former inmates; individuals who request, in writing, that the Bureau
delete their name and telephone number from inmate telephone lists.

CATEGORIES OF RECORDS IN THE SYSTEM:
    Records in this system include: (1) Personal identification data;
(2) accounting data, including amounts deposited by the inmate, call
charges, and account balances; (3) telephone call data, including date,
time, and duration of each call; the name and register number of the
inmate who placed the call; and the telephone number and name of the
call recipient and his/her relationship to the inmate, audiotapes and
digital recordings of telephone calls; and (4) investigatory data
developed internally as well as any related data collected from
federal, state, local and foreign law enforcement agencies, and from
federal and state probation and judicial officers.

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:
    18 U.S.C. 2510 et seq., 3621, 4042, and 5003.

PURPOSE(S):
    This system of records is maintained to manage financial records
relating to inmate calls and to ensure that inmates exercise their
telephone privileges in a manner consistent with correctional goals.
The related uses for which BOP will maintain the system include (1)
accounting of inmate funds for telephone use; (2) maintaining inmate
telephone lists; (3) monitoring of inmate telephone activity; and (4)
conducting investigations, e.g., investigation of inmate funds as
related to telephone usage, and/or illegal activities or suspected
illegal activities being conducted, coordinated, or directed from
within a federal correctional institution.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES
OF USERS AND THE PURPOSES OF SUCH USES:
    Relevant data from this system will be disclosed as follows:
    (a) To federal, state, local, foreign and international law
enforcement agencies and officials for law enforcement purposes such as

civil court actions, regulatory proceedings, responding to an
emergency, inmate disciplinary proceedings in the course of
apprehensions or other disposition; or for such law enforcement needs
as prison administration, investigations, and possible criminal
prosecutions, including possible criminal violations discovered as part
of telephone monitoring done for the safety, security and good order of
penal institutions. Such telephone monitoring information will be
disclosed only in accordance with the provisions of the federal wiretap
statutes contained in 18 U.S.C. 2510 et seq. and Bureau implementing
policy.

(b) to a court or adjudicative body before which the Department of
Justice or the Bureau is authorized to appear, or to a private attorney
authorized by the Department of Justice to represent a Bureau employee,
when any of the following is a party to litigation or has an interest
in litigation and such records are determined by the Bureau to be
arguably relevant to the litigation: (1) The Bureau, or any subdivision
thereof, or (2) any Department or Bureau employee in his or her
official capacity, or (3) any Department or Bureau employee in his or
her individual capacity where the Department has agreed to provide
representation for the employee, or (4) the United States, where the
Bureau determines that the litigation is likely to affect it or any of
its subdivisions;

(c) to contractors, grantees, experts, consultants, students, and
others performing or working on a contract, service, grant, cooperative
agreement, or other assignment for the Federal Government, when
necessary to accomplish an agency function related to this system of
records;

(d) to Members of Congress or staff acting upon the Member's behalf
when the Member or staff requests the

[[Page 16763]]

information on behalf of and at the request of the record subject;
(e) to the news media and the public pursuant to 28 CFR 50.2 unless
it is determined that release of the specific information in the
context of a particular case would constitute an unwarranted invasion
of personal privacy;
(f) to the National Archives and Records Administration and General
Services Administration in records management inspections conducted
under the authority of 44 U.S.C. 2904 and 2906;
(g) to affected non-inmate record subjects to the extent necessary
to provide such persons with information concerning placement and/or
removal from an inmate's telephone list;
(h) to any person or entity to the extent necessary to prevent
immediate loss of life or serious bodily injury;
(i) in an appropriate proceeding before a court or administrative
or regulatory body when records are determined by the Department of
Justice to be arguably relevant to the proceeding, including federal,
state, and local licensing agencies or associations which require
information concerning the suitability or eligibility of an individual
for a license or permit, and;
(j) Pursuant to subsection (b)(3) of the Privacy Act, the
Department of Justice may disclose relevant and necessary information
to a former employee of the Department for purposes of: responding to
an official inquiry by a federal, state, or local government entity or
professional licensing authority, in accordance with applicable
Department regulations; or facilitating communications with a former
employee that may be necessary for personnel-related or other official
purposes where the Department requires information and/or consultation
assistance from the former employee regarding a matter within that
person's former area of responsibility.

POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING,
AND DISPOSING OF RECORDS IN THE SYSTEM:
STORAGE:
    Information maintained in the system is stored in electronic media
via a configuration of personal computer, client/server, and mainframe
systems architecture and may be accessed by those with a need-to-know
at all Bureau and contractor facilities. Some information may be stored
in other computerized media, e.g., hard disk, floppy diskettes,
magnetic tape, digital recordings, Compact Discs (CDs), and/or optical
disks. Documentary records are maintained in manual file folders and/or
on index card files.

RETRIEVABILITY:
    Records may be retrieved by identifying data including name and/or
register number of inmate; and /or by name and/or telephone number of
call recipient or individual on approved inmate telephone list.

SAFEGUARDS:
    Manual records are stored in locked filing cabinets or in safes and
can be accessed only by authorized personnel by key or combination
formula. Automated equipment is kept in secured rooms and can be
accessed only by authorized personnel through passwords and
identification codes. All records in Bureau facilities are maintained
in guarded buildings.

RETENTION AND DISPOSAL:
    Automated records in this system are maintained on magnetic medium
ordinarily for six years from the date created, at which time they will
be overwritten with new data. Paper documents are maintained for a
period of 30 years from expiration of sentence of the inmate, at which
time they are destroyed by shredding. Audiotapes are maintained
ordinarily for six months from the date created, at which time they are
overwritten with new data.

SYSTEM MANAGER(S) AND ADDRESS:
    Assistant Director, Administration Division, Federal Bureau of
Prisons; 320 First Street NW., Washington, DC 20534.

NOTIFICATION PROCEDURE:
   Inquiries should be directed to the System Manager listed above.

RECORD ACCESS PROCEDURES:
   All requests for records may be made by writing to the System
Manager identified above, Federal Bureau of Prisons, 320 First Street
NW, Washington, DC 20534. The envelope should be clearly marked
``Freedom of Information/Privacy Act Request.'' This system of records
is exempted from access pursuant to 5 U.S.C. 552a(j)(2) and/or (k)(2).
A determination as to the applicability of the exemption to a
particular record(s) shall be made at the time a request for access is
received.

CONTESTING RECORD PROCEDURES:
   Same as above.

RECORD SOURCE CATEGORIES:
   Records are generated by: individuals covered by the system; Bureau
staff; federal, state, local, tribal, international, and foreign law
enforcement agencies; and federal/state probation and judicial offices.

SYSTEMS EXEMPTED FROM CERTAIN PROVISIONS OF THE ACT:
   The Attorney General has exempted this system from subsections
(c)(3) and (4), (d), (e)(2), (e)(3), (e)(5), (e)(8), (f) and (g) of the
Privacy Act pursuant to 5 U.S.C. 552a(j)(2) and/or (k)(2). Rules have
been promulgated in accordance with the requirements of 5 U.S.C.
553(b), (c) and (e) and have been published in the Federal Register.
The rules are published at 28 CFR 16.97(e) and (f).

[FR Doc. 02-8425 Filed 4-5-02; 8:45 am]
BILLING CODE 4410-05-P

</PRE>

Benavides v. BOP

Civil Action No.: 09-2026 (RWR)

Attachment 9



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

NOV 24 2009

Edward Benavides
Register Number 89008-132
Federal Correctional Institution
Post Office Box 725
Edgefield, South Carolina 29824

Re:  Freedom of Information Request Number 2009-10149

Dear Mr. Benavides:

This is in response to your request, received on July 30, 2009,
for a copy of specific Federal Bureau of Prisons records.  You
requested a copy of the following records:

1.   Position description for "Tool Room and Orderly" positions
     on the Recreation work detail at the Federal Correctional
     Institution (FCI) in Bastrop, Texas.
2.   Administrative Remedy Indexes for FCI Bastrop from 2006,
     through the present.
3.   Receiving and Discharge (R&D) Manual.
4.   Records regarding the confiscation of three law books and
     personal notes by R&D staff on September 8, 2008.
5.   Performance pay records for the months of April and
     May 2009.
6.   Records related to your alleged placement on a mail
     monitoring list.
7.   Incoming letters for you which were rejected and returned to
     the sender.
8.   Recorded telephone conversations for telephone calls you
     placed to telephone number (210) 299-1053 between
     February 25, 2008, and October 31, 2008.
9.   Recorded telephone conversations for telephone calls you
     placed to telephone number (210) 299-1053 on June 5, 2009,
     and June 23, 2009.

SENSITIVE BUT UNCLASSIFIED

FOIA Req. No. 2009-10149
Edward Benavides; Reg. No. 89008-132
Page 2

Enclosed in their entirety is a copy of the one (1) page Position
Description and Standard for the Recreation General Maintenance
Orderly (1) at FCI Bastrop; the one (1) page Position Description
and Standard for the Recreation General Maintenance Orderly
(2)(Tool Room); the forty-four (44) page FCI Bastrop
Administrative Remedy Index for 2006, through the present; and
the eighty-five (85) page Program Statement 5800.12, Receiving
and Discharge Manual.

A total of three (3) pages were located in response to your
request for records related to the confiscation of property by
R&D staff on September 8, 2009.  These documents have been
reviewed and all three (3) pages are being released in their
entirety.

With regard to your request for performance pay records for the
months of April and May 2009, the two (2) page Work Performance
Rating - Inmate pertaining to you for the month of May 2009 was
located and is being released in its entirety.  A thorough search
has been conducted and no records were located for the month of
April 2009.

Please note that the Bureau of Prisons neither acknowledges nor
denies the existence of documentation which confirms or denies an
inmate's placement on mail monitoring or the reasoning for such
monitoring.  Release of any documentation which might be
maintained would disclose certain investigative techniques and
procedures.  Therefore, in accordance with Title 5, United States
Code, Sections 552(b)(2) and (7)(E) your request is being denied.

A total of twenty-nine (29) pages were located in response to
your request for a copy of correspondence sent to you which was
returned to the sender by FCI Bastrop staff.  These documents
have been reviewed and sixteen (16) pages are being released in
their entirety and thirteen (13) pages are being released with
certain information excised pursuant to Title 5, United States
Code, Sections 552(b)(7)(F).

With regard to your request for recorded telephone conversations
a total of sixteen (16) pages of transaction data were generated
with regard to the time frames noted in your request.  These
documents have been reviewed and all sixteen (16) pages are being
released with certain information excised pursuant to Title 5,
United States Code, Section 552(b)(2).  Additionally, two

SENSITIVE BUT UNCLASSIFIED

FOIA Req. No. 2009-10149
Edward Benavides; Reg. No. 89008-132
Page 3

recorded telephone conversations were located for the dates of
June 5, and June 23, 2009.  A copy of the recorded conversation
has been preserved by this office.

Without written consent of all parties to the conversations, we
cannot release the recorded conversations.  The BOP does not have
the capability to reasonably segregate your portion of the
conversations from the recordings.  The Inmate Telephone System
saves recorded conversations in a .WAV digital format which,
while offering advantages in copying and transferring recorded
calls, does not provide a means to excise recorded conversations.
Consequently, the recording you requested cannot be reasonably
segregated.  If you are unable to obtain authorization, you
should consider this a denial of your request for the recorded
conversations, as their release could be an unwarranted invasion
of the personal privacy of the other parties.  The statutory
basis for this decision is 5 U.S.C. §552(b)(7)(C).

The recordings of conversations you requested from February 25,
through October 31, 2008, were destroyed in the normal course of
business prior to the receipt of your request.  It is noted that
recorded conversations are maintained on the Inmate Telephone
System for a period of 180 days.

The aforementioned withholding and/or excision of information is
pursuant to:

    Title 5, United States Code, Section 552(b)(2), because the
    information is related solely to the internal personnel
    rules and practices of an agency.

    Title 5, United States Code Section 552(b)(7)(C), because
    release of the information which is compiled for law
    enforcement purposes could reasonably be expected to
    constitute an unwarranted invasion of the personal privacy
    of individuals.

SENSITIVE BUT UNCLASSIFIED

FOIA Req. No. 2009-10149
Edward Benavides; Reg. No. 89008-132
Page 4

    Title 5, United States Code Section 552(b)(7)(E), because
the release of the information would disclose certain
investigative techniques and procedures.

    Title 5, United States Code, Sections 552(b)(7)(F), because
release of the information which is compiled for law
enforcement purposes could endanger the physical safety of
individuals.

Pursuant to Title 28, Code of Federal Regulations, Section 16.9,
this action may be appealed to the Attorney General within sixty
(60) days of the date of this letter by writing to the Office of
Information Policy, Department of Justice, 1425 New York Avenue,
Suite 11050, Washington, DC 20530-0001.  Please ensure that the
envelope and request are clearly marked "FOIA Request Appeal."

Sincerely,

Jason A. Sickler
Regional Counsel

Enclosure: 165 pages

lc

SENSITIVE BUT UNCLASSIFIED

Benavides v. BOP

Civil Action No.: 09-2026 (RWR)

Attachment 10

# VAUGHN INDEX

## FEDERAL BUREAU OF PRISONS
## Telephone Activity Record System, JUSTICE/BOP-011

### Eduardo Benavides v. Federal Bureau of Prisons
### Civil Action Number 09-2026 (RWR)

| RECORD NUMBER | PAGE | DOCUMENT DESCRIPTION | EXEMPT STATUS | JUSTIFICATION |
|---|---|---|---|---|
| 1 | 11 | TRUVIEW, Inmate Center Report dated November 18, 2009, which contains telephone transaction data. | Certain information was excised pursuant to Title 5 U.S.C. § 552(b)(2). | The information is maintained solely for Bureau of Prisons' purposes and is related to internal law enforcement agency practices and purposes, and release of the information would risk circumvention of computer system security. |
| 2 | 3 | TRUVIEW, Inmate Center Report dated November 18, 2009, which contains telephone transaction data. | Certain information was excised pursuant to 5 U.S.C. § 552(b)(2). | The information is maintained solely for Bureau of Prisons' purposes and is related to internal law enforcement agency practices and purposes, and release of the information would risk circumvention of computer system security. |
| 3 | 2 | TRUFONE, Monitor Recorded Calls (Complex) dated November 18, 2009, which contains telephone transaction data. | Certain information was excised pursuant to 5 U.S.C. § 552(b)(2). | Disclosure of information would constitute an unwarranted invasion of the personal privacy of other individuals and release of the information could endanger the physical safety of individuals/inmates. |
| 4 | N/A | Recorded telephone conversation made by plaintiff June 5, 2009, to telephone number (210) 299-1053, ten minutes in length. | Recording was withheld in its entirety pursuant to 5 U.S.C. § 552(b)(7)(C). | Disclosure of the information maintained for law enforcement purposes would constitute an unwarranted invasion of the personal privacy of individuals other than plaintiff. |

# VAUGHN INDEX

## FEDERAL BUREAU OF PRISONS
## Telephone Activity Record System, JUSTICE/BOP-011

### Eduardo Benavides v. Federal Bureau of Prisons
### Civil Action Number 09-2026 (RWR)

| RECORD NUMBER | PAGE | DOCUMENT DESCRIPTION | EXEMPT STATUS | JUSTIFICATION |
|---|---|---|---|---|
| 5 | N/A | Recorded telephone conversation made by plaintiff June 23, 2009, to telephone number (210) 299-1053, one minute in length. | Recording was withheld in its entirety pursuant to 5 U.S.C. § 552(b)(7)(C). | Disclosure of the information maintained for law enforcement purposes would constitute an unwarranted invasion of the personal privacy of individuals other than plaintiff. |

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified



Date:   11/18/2009
Time:   03:06 PM

(b)(2)High

User ID:

Date:    11/18/2009
Time:    03:06 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Date/Time | | | | Phone | Relation | City | State |
|---|---|---|---|---|---|---|---|
| 6/30/2009 7:25:14 AM | BAS | Yes | 6 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/29/2009 8:47:47 PM | BAS | Yes | 9 | 2103475124 | Attorney | SANANTONIO | TX |
| 6/29/2009 3:28:13 PM | BAS | Yes | 14 | 2102642412 | Friend | SANANTONIO | TX |
| 6/29/2009 12:03:15 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 6/28/2009 3:34:55 PM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 6/27/2009 4:45:36 PM | BAS | Yes | 15 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/27/2009 3:26:00 PM | BAS | Yes | 6 | 2102274425 | Parent | SANANTONIO | TX |
| 6/27/2009 10:33:59 AM | BAS | Yes | 15 | 2102642412 | Friend | SANANTONIO | TX |
| 6/27/2009 9:30:54 AM | BAS | Yes | 15 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/27/2009 7:05:58 AM | BAS | Yes | 7 | 2102274425 | Parent | SANANTONIO | TX |
| 6/26/2009 3:44:59 PM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 6/26/2009 11:09:14 AM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/26/2009 7:03:26 AM | BAS | Yes | 6 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/25/2009 11:18:37 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/24/2009 4:39:59 PM | BAS | Yes | 2 | 9568494219 | Friend | ROMA | TX |
| 6/24/2009 12:18:33 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 6/24/2009 10:38:47 AM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/23/2009 4:50:13 PM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 6/23/2009 11:53:05 AM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 6/23/2009 10:29:05 AM | BAS | Yes | 1 | 2102991053 | Attorney | SANANTONIO | TX |
| 6/20/2009 9:28:37 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/19/2009 8:05:23 PM | BAS | Yes | 7 | 2102642412 | Friend | SANANTONIO | TX |
| 6/19/2009 10:23:47 AM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/18/2009 8:51:55 PM | BAS | Yes | 1 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/17/2009 9:49:31 PM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/17/2009 10:31:07 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |

User ID:   (b)(2)High

Date:  11/18/2009
Time:  03:06 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Date/Time | | | | Phone | Relation | City | State |
|---|---|---|---|---|---|---|---|
| 6/17/2009 6:59:49 AM | BAS | Yes | 8 | 2102642412 | Friend | SANANTONIO | TX |
| 6/17/2009 6:02:35 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/16/2009 8:31:50 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 6/16/2009 5:38:54 PM | BAS | Yes | 4 | 9568494219 | Friend | ROMA | TX |
| 6/16/2009 10:34:40 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/15/2009 4:33:02 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/15/2009 12:14:00 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/15/2009 10:38:50 AM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 6/14/2009 3:45:35 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/13/2009 6:31:46 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/13/2009 6:51:51 AM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 6/12/2009 7:15:11 AM | BAS | Yes | 8 | 2102274425 | Parent | SANANTONIO | TX |
| 6/11/2009 8:41:27 PM | BAS | Yes | 9 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/11/2009 3:28:26 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 6/11/2009 10:58:51 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/10/2009 12:25:07 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 6/10/2009 11:08:00 AM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 6/9/2009 5:23:30 PM | BAS | Yes | 6 | 2102642412 | Friend | SANANTONIO | TX |
| 6/9/2009 10:59:05 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/8/2009 4:33:45 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 6/8/2009 10:49:08 AM | BAS | Yes | 15 | 2102642412 | Friend | SANANTONIO | TX |
| 6/7/2009 6:45:08 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 6/7/2009 10:26:23 AM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/6/2009 9:21:42 AM | BAS | Yes | 1 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/6/2009 6:58:11 AM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 6/5/2009 3:29:16 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/5/2009 12:16:10 PM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/5/2009 11:11:25 AM | BAS | Yes | 10 | 2102991053 | Attorney | SANANTONIO | TX |

User ID: (b)(2)High

Date:    11/18/2009
Time:    03:06 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/4/2009 3:25:50 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/4/2009 12:19:34 PM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 5/31/2009 9:34:59 AM | BAS | Yes | 6 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/30/2009 9:25:53 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 5/29/2009 11:54:22 AM | BAS | Yes | 5 | 2102642412 | Friend | SANANTONIO | TX |
| 5/29/2009 10:33:15 AM | BAS | Yes | 9 | 2102642412 | Friend | SANANTONIO | TX |
| 5/28/2009 8:51:26 PM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 5/26/2009 10:45:16 PM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 5/26/2009 8:27:07 PM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 5/25/2009 10:56:53 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 5/24/2009 9:52:08 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 5/24/2009 2:32:31 PM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 5/22/2009 12:16:06 PM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 5/21/2009 5:42:23 PM | BAS | Yes | 5 | 2102642412 | Friend | SANANTONIO | TX |
| 5/21/2009 11:46:07 AM | BAS | Yes | 4 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/21/2009 10:11:53 AM | BAS | Yes | 4 | 2102274425 | Parent | SANANTONIO | TX |
| 5/20/2009 4:31:24 PM | BAS | Yes | 6 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/20/2009 3:24:39 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 5/20/2009 12:24:04 PM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 5/20/2009 10:34:42 AM | BAS | Yes | 5 | 2102274425 | Parent | SANANTONIO | TX |
| 5/19/2009 3:45:46 PM | BAS | Yes | 11 | 2102642412 | Friend | SANANTONIO | TX |
| 5/19/2009 11:33:16 AM | BAS | Yes | 4 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/16/2009 4:40:36 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 5/15/2009 12:08:07 PM | BAS | Yes | 4 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/11/2009 12:19:02 PM | BAS | Yes | 2 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/10/2009 6:34:42 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 5/9/2009 12:20:44 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |

User ID:  (b)(2)High

Date:   11/18/2009
Time:   03:06 PM

Location: DC

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Date/Time | | | | Phone | Relation | City | State |
|---|---|---|---|---|---|---|---|
| 5/9/2009 9:47:56 AM | BAS | Yes | 1 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/6/2009 4:40:36 PM | BAS | Yes | 10 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/6/2009 10:40:23 AM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 5/3/2009 4:35:36 PM | BAS | Yes | 1 | 2102274425 | Parent | SANANTONIO | TX |
| 5/2/2009 6:19:14 PM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 5/2/2009 4:38:26 PM | BAS | Yes | 8 | 2103475124 | Attorney | SANANTONIO | TX |
| 5/2/2009 10:29:24 AM | BAS | Yes | 4 | 2102274425 | Parent | SANANTONIO | TX |
| 5/1/2009 8:01:37 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 5/1/2009 4:41:19 PM | BAS | Yes | 1 | 2102274425 | Parent | SANANTONIO | TX |
| 5/1/2009 11:36:42 AM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 4/30/2009 11:45:59 AM | BAS | Yes | 4 | 2103475124 | Attorney | SANANTONIO | TX |
| 4/29/2009 10:43:36 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/29/2009 12:15:16 PM | BAS | Yes | 6 | 2103475124 | Attorney | SANANTONIO | TX |
| 4/29/2009 10:35:15 AM | BAS | Yes | 4 | 2102274425 | Parent | SANANTONIO | TX |
| 4/28/2009 4:32:00 PM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 4/27/2009 8:41:43 PM | BAS | Yes | 4 | 2103475124 | Attorney | SANANTONIO | TX |
| 4/27/2009 10:22:00 AM | BAS | Yes | 5 | 9568494219 | Friend | ROMA | TX |
| 4/26/2009 7:47:43 PM | BAS | Yes | 6 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/25/2009 9:36:11 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/24/2009 11:22:53 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/22/2009 9:50:26 PM | BAS | Yes | 9 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/22/2009 8:01:54 PM | BAS | Yes | 6 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/22/2009 12:25:28 PM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/22/2009 7:13:37 AM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 4/21/2009 10:03:06 PM | BAS | Yes | 15 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/21/2009 8:36:45 PM | BAS | Yes | 4 | 2102274425 | Parent | SANANTONIO | TX |
| 4/21/2009 12:11:41 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 4/21/2009 10:48:41 AM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |

User ID: (b)(2)High

Date:   11/18/2009
Time:   03:06 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/20/2009 8:11:39 PM | BAS | Yes | 8 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/20/2009 3:27:17 PM | BAS | Yes | 6 | 9568494219 | Friend | ROMA | TX |
| 4/20/2009 11:51:27 AM | BAS | Yes | 7 | 2105205822 | Other Relation | CULEBRA | TX |
| 4/20/2009 9:47:30 AM | BAS | Yes | 12 | 2103475124 | Attorney | SANANTONIO | TX |
| 4/20/2009 8:46:13 AM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 4/20/2009 7:20:19 AM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/19/2009 11:47:31 AM | BAS | Yes | 3 | 2102231977 | Business | SANANTONIO | TX |
| 2/19/2009 10:38:17 AM | BAS | Yes | 1 | 2102231977 | Business | SANANTONIO | TX |
| 2/18/2009 8:45:01 PM | BAS | Yes | 1 | 2102274425 | Parent | SANANTONIO | TX |
| 2/18/2009 10:48:22 AM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 2/17/2009 9:17:15 AM | BAS | Yes | 3 | 9568494219 | Friend | ROMA | TX |
| 2/16/2009 8:05:32 PM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/15/2009 8:31:26 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 2/14/2009 3:17:05 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 2/13/2009 12:27:47 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 2/13/2009 11:38:36 AM | BAS | Yes | 4 | 2103475124 | Attorney | SANANTONIO | TX |
| 2/13/2009 8:19:00 AM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 2/12/2009 8:02:56 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 2/12/2009 7:05:04 PM | BAS | Yes | 1 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/12/2009 3:34:37 PM | BAS | Yes | 1 | 9568494219 | Friend | ROMA | TX |
| 2/12/2009 12:22:19 PM | BAS | Yes | 8 | 2103475124 | Attorney | SANANTONIO | TX |
| 2/11/2009 10:40:37 AM | BAS | Yes | 9 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/11/2009 8:34:29 PM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 2/11/2009 10:38:31 AM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/10/2009 12:02:03 PM | BAS | Yes | 4 | 9568494219 | Friend | ROMA | TX |
| 2/10/2009 10:49:03 AM | BAS | Yes | 2 | 2103352123 | Attorney | SANANTONIO | TX |
| 2/9/2009 4:38:22 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |

User ID:

(b)(2)High

Date: 11/18/2009
Time: 03:06 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Date/Time | User | | Count | Phone | Relation | City | State |
|---|---|---|---|---|---|---|---|
| 2/9/2009 11:46:43 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/9/2009 10:30:21 AM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 2/9/2009 9:04:09 AM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/8/2009 6:08:49 PM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 2/8/2009 3:33:27 PM | BAS | Yes | 8 | 2103475124 | Attorney | SANANTONIO | TX |
| 2/8/2009 10:27:47 AM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 2/7/2009 9:56:29 PM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/7/2009 7:58:34 PM | BAS | Yes | 5 | 2103475124 | Attorney | SANANTONIO | TX |
| 2/7/2009 6:49:11 PM | BAS | Yes | 10 | 2103406622 | Other Relation | SANANTONIO | TX |
| 2/7/2009 3:36:22 PM | BAS | Yes | 5 | 9568494219 | Friend | ROMA | TX |
| 2/6/2009 10:44:45 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/6/2009 9:39:14 PM | BAS | Yes | 15 | 2105205822 | Other Relation | CULEBRA | TX |
| 2/6/2009 8:10:15 PM | BAS | Yes | 9 | 2102274425 | Parent | SANANTONIO | TX |
| 2/6/2009 4:46:46 PM | BAS | Yes | 10 | 2102642412 | Friend | SANANTONIO | TX |
| 11/10/2008 10:47:09 AM | BAS | Yes | 6 | 2103475124 | Attorney | SANANTONIO | TX |
| 11/10/2008 9:43:30 AM | BAS | Yes | 7 | 2102642412 | Friend | SANANTONIO | TX |
| 11/9/2008 11:44:34 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 11/8/2008 7:09:30 PM | BAS | Yes | 7 | 2103406622 | Other Relation | SANANTONIO | TX |
| 11/8/2008 11:17:55 AM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 11/8/2008 7:59:26 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 11/7/2008 8:34:57 PM | BAS | Yes | 15 | 2105205822 | Other Relation | CULEBRA | TX |
| 11/7/2008 4:54:21 PM | BAS | Yes | 10 | 2103475124 | Attorney | SANANTONIO | TX |
| 11/7/2008 10:35:39 AM | BAS | Yes | 7 | 2102642412 | Friend | SANANTONIO | TX |
| 11/6/2008 1:42:24 PM | BAS | Yes | 1 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/6/2008 11:47:32 AM | BAS | Yes | 5 | 2102642412 | Friend | SANANTONIO | TX |
| 11/6/2008 10:29:03 AM | BAS | Yes | 3 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/5/2008 8:46:20 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 11/5/2008 5:05:11 PM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |

User ID: (b)(2)High

Page 7 of 11

Date:   11/18/2009
Time:   03:06 PM

Location: DC

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Date/Time | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/5/2008 2:34:06 PM | BAS | Yes | 2 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/5/2008 9:45:34 AM | BAS | Yes | 4 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/5/2008 8:52:27 AM | BAS | Yes | 7 | 2102274425 | Parent | SANANTONIO | TX |
| 11/4/2008 5:10:25 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 11/4/2008 3:41:44 PM | BAS | Yes | 2 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/4/2008 1:24:50 PM | BAS | Yes | 3 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/4/2008 10:30:12 AM | BAS | Yes | 8 | 2102274425 | Parent | SANANTONIO | TX |
| 11/4/2008 9:14:45 AM | BAS | Yes | 2 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/4/2008 7:19:39 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 11/3/2008 8:36:47 PM | BAS | Yes | 4 | 9568494219 | Friend | ROMA | TX |
| 11/3/2008 7:24:10 PM | BAS | Yes | 15 | 2105205822 | Other Relation | CULEBRA | TX |
| 11/3/2008 4:51:13 PM | BAS | Yes | 2 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/3/2008 3:30:43 PM | BAS | Yes | 2 | 2103352123 | Attorney | SANANTONIO | TX |
| 11/3/2008 2:34:04 PM | BAS | Yes | 3 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/3/2008 1:20:50 PM | BAS | Yes | 4 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/3/2008 11:50:32 AM | BAS | Yes | 4 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/3/2008 10:44:16 AM | BAS | Yes | 9 | 2102991053 | Attorney | SANANTONIO | TX |
| 11/2/2008 7:01:48 PM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 11/2/2008 9:27:43 AM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 11/2/2008 7:31:01 AM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/31/2008 12:58:30 PM | BAS | Yes | 10 | 2103475124 | Attorney | SANANTONIO | TX |
| 10/31/2008 11:29:41 AM | BAS | Yes | 7 | 2103352123 | Attorney | SANANTONIO | TX |
| 10/31/2008 9:53:51 AM | BAS | Yes | 15 | 2102991053 | Attorney | SANANTONIO | TX |
| 10/30/2008 8:22:09 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/30/2008 7:14:18 PM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/30/2008 5:26:49 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 10/30/2008 3:43:27 PM | BAS | Yes | 7 | 2102991053 | Attorney | SANANTONIO | TX |

User ID:

(b)(2)High

Date:   11/18/2009
Time:   03:06 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Date/Time | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/30/2008 2:38:37 PM | BAS | Yes | 15 | 2102991053 | Attorney | SANANTONIO | TX |
| 10/30/2008 11:22:04 AM | BAS | Yes | 15 | 2102642412 | Friend | SANANTONIO | TX |
| 10/28/2008 7:49:42 PM | BAS | Yes | 14 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/28/2008 6:56:07 PM | BAS | Yes | 2 | 9568494219 | Friend | ROMA | TX |
| 10/28/2008 4:53:48 PM | BAS | Yes | 1 | 9568494219 | Friend | ROMA | TX |
| 10/27/2008 5:56:48 PM | BAS | Yes | 10 | 2102642412 | Friend | SANANTONIO | TX |
| 10/27/2008 4:48:02 PM | BAS | Yes | 6 | 2102642412 | Friend | SANANTONIO | TX |
| 10/27/2008 3:42:42 PM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 10/27/2008 2:33:05 PM | BAS | Yes | 4 | 2103475124 | Attorney | SANANTONIO | TX |
| 10/27/2008 1:16:21 PM | BAS | Yes | 11 | 2103352123 | Attorney | SANANTONIO | TX |
| 10/27/2008 12:02:21 PM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 10/27/2008 10:30:36 AM | BAS | Yes | 9 | 2103352123 | Attorney | SANANTONIO | TX |
| 10/26/2008 7:41:32 PM | BAS | Yes | 3 | 9568494219 | Friend | ROMA | TX |
| 10/26/2008 5:35:18 PM | BAS | Yes | 11 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/26/2008 11:47:07 AM | BAS | Yes | 2 | 2109238736 | Friend | SANANTONIO | TX |
| 10/26/2008 10:44:12 AM | BAS | Yes | 6 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/26/2008 9:31:44 AM | BAS | Yes | 7 | 2102274425 | Parent | SANANTONIO | TX |
| 10/25/2008 6:37:06 PM | BAS | Yes | 8 | 2103406622 | Other Relation | SANANTONIO | TX |
| 10/25/2008 3:27:30 PM | BAS | Yes | 5 | 2102274425 | Parent | SANANTONIO | TX |
| 10/25/2008 12:18:19 PM | BAS | Yes | 6 | 2102642412 | Friend | SANANTONIO | TX |
| 10/19/2008 5:12:50 PM | BAS | Yes | 1 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/18/2008 8:03:09 PM | BAS | Yes | 6 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/17/2008 8:15:18 PM | BAS | Yes | 7 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/17/2008 10:58:19 AM | BAS | Yes | 3 | 2103475124 | Attorney | SANANTONIO | TX |
| 10/16/2008 8:00:22 PM | BAS | Yes | 9 | 2102642412 | Friend | SANANTONIO | TX |
| 10/16/2008 1:37:18 PM | BAS | Yes | 7 | 2102642412 | Friend | SANANTONIO | TX |
| 10/15/2008 7:55:55 PM | BAS | Yes | 15 | 2102642412 | Friend | SANANTONIO | TX |
| 10/15/2008 5:19:41 PM | BAS | Yes | 11 | 2103475124 | Attorney | SANANTONIO | TX |

User ID: (b)(2)High

Date:    11/18/2009
Time:    03:06 PM

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

Location: DC

| 10/15/2008 11:12:37 AM | BAS | Yes | 10 | 9365881283 | Business | CONROE | TX |
| 10/14/2008 8:02:52 PM | BAS | Yes | 15 | 2102642412 | Friend | SANANTONIO | TX |
| 10/14/2008 5:07:32 PM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 10/14/2008 2:29:09 PM | BAS | Yes | 8 | 2102274425 | Parent | SANANTONIO | TX |
| 10/14/2008 12:24:32 PM | BAS | Yes | 5 | 2102274425 | Parent | SANANTONIO | TX |
| 10/14/2008 10:53:25 AM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 10/14/2008 9:27:13 AM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 10/14/2008 8:36:06 AM | BAS | Yes | 3 | 9568494219 | Friend | ROMA | TX |
| 10/13/2008 5:01:44 PM | BAS | Yes | 15 | 2102642412 | Friend | SANANTONIO | TX |
| 10/13/2008 3:37:43 PM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 10/13/2008 10:25:20 AM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/13/2008 8:22:22 AM | BAS | Yes | 1 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/12/2008 4:35:25 PM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/12/2008 7:56:44 AM | BAS | Yes | 1 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/11/2008 7:56:18 PM | BAS | Yes | 5 | 2102274425 | Parent | SANANTONIO | TX |
| 10/11/2008 10:42:14 AM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 10/11/2008 8:52:10 AM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 10/10/2008 8:05:29 PM | BAS | Yes | 7 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/10/2008 7:09:06 PM | BAS | Yes | 4 | 2102274425 | Parent | SANANTONIO | TX |
| 10/10/2008 4:51:54 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/10/2008 3:49:54 PM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 10/10/2008 11:29:52 AM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 10/9/2008 8:14:19 PM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/8/2008 8:24:27 PM | BAS | Yes | 9 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/6/2008 7:58:46 PM | BAS | Yes | 1 | 2102274425 | Parent | SANANTONIO | TX |
| 10/6/2008 6:39:52 PM | BAS | Yes | 9 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/6/2008 3:24:46 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |

User ID:    (b)(2)High

Date:   11/18/2009
Time:   03:06 PM

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

Location: DC

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/6/2008 12:07:00 PM | BAS | Yes | 2 | 2102991053 | Attorney | SANANTONIO | TX |
| 10/6/2008 10:40:25 AM | BAS | Yes | 7 | 2102642412 | Friend | SANANTONIO | TX |
| 10/5/2008 11:50:29 AM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 10/5/2008 9:32:53 AM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |

User ID:   (b)(2)High

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified



Date:   11/18/2009
Time:   03:10 PM

(b)(2)High

User ID:

Date: 11/18/2009
Time: 03:10 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Date/Time | | | | Phone | Relation | City | State |
|---|---|---|---|---|---|---|---|
| 6/23/2009 4:50:13 PM | BAS | Yes | 4 | 2102642412 | Friend | SANANTONIO | TX |
| 6/23/2009 11:53:05 AM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 6/23/2009 10:29:05 AM | BAS | Yes | 1 | 2102991053 | Attorney | SANANTONIO | TX |
| 6/20/2009 9:28:37 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/19/2009 8:05:23 PM | BAS | Yes | 7 | 2102642412 | Friend | SANANTONIO | TX |
| 6/19/2009 10:23:47 AM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/18/2009 8:51:55 PM | BAS | Yes | 1 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/17/2009 9:49:31 PM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/17/2009 10:31:07 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/17/2009 6:59:49 AM | BAS | Yes | 8 | 2102642412 | Friend | SANANTONIO | TX |
| 6/17/2009 6:02:35 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/16/2009 8:31:50 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 6/16/2009 5:38:54 PM | BAS | Yes | 4 | 9568494219 | Friend | ROMA | TX |
| 6/16/2009 10:34:40 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/15/2009 4:33:02 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/15/2009 12:14:00 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/15/2009 10:38:50 AM | BAS | Yes | 3 | 2102642412 | Friend | SANANTONIO | TX |
| 6/14/2009 3:45:35 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/13/2009 6:31:46 PM | BAS | Yes | 4 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/13/2009 6:51:51 AM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 6/12/2009 7:15:11 AM | BAS | Yes | 8 | 2102274425 | Parent | SANANTONIO | TX |
| 6/11/2009 8:41:27 PM | BAS | Yes | 9 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/11/2009 3:28:26 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 6/11/2009 10:58:51 AM | BAS | Yes | 5 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/10/2009 12:25:07 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 6/10/2009 11:08:00 AM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |

User ID: (b)(2)High

Date:   11/18/2009
Time:   03:10 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/9/2009 5:23:30 PM | BAS | Yes | 6 | 2102642412 | Friend | SANANTONIO | TX |
| 6/9/2009 10:59:05 AM | BAS | Yes | 2 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/8/2009 4:33:45 PM | BAS | Yes | 1 | 2102642412 | Friend | SANANTONIO | TX |
| 6/8/2009 10:49:08 AM | BAS | Yes | 15 | 2102642412 | Friend | SANANTONIO | TX |
| 6/7/2009 6:45:08 PM | BAS | Yes | 2 | 2102274425 | Parent | SANANTONIO | TX |
| 6/7/2009 10:26:23 AM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/6/2009 9:21:42 AM | BAS | Yes | 1 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/6/2009 6:58:11 AM | BAS | Yes | 3 | 2102274425 | Parent | SANANTONIO | TX |
| 6/5/2009 3:29:16 PM | BAS | Yes | 2 | 2102642412 | Friend | SANANTONIO | TX |
| 6/5/2009 12:16:10 PM | BAS | Yes | 3 | 2105205822 | Other Relation | CULEBRA | TX |
| 6/5/2009 11:11:25 AM | BAS | Yes | 10 | 2102991053 | Attorney | SANANTONIO | TX |

User ID:

Date: 08/05/2009
Time: 07:47 AM

Location: BMA

**Federal Bureau of Prisons**
**TRUFONE**
**Monitor Recorded Calls (Complex)**
**Sensitive But Unclassified**

| | | | | |
|---|---|---|---|---|
| Location: | BMA | Alpha Code: | All | Alerts: | n/a |
| Start Date: | 2/1/2008 12:00 AM | End Date: | 8/31/2008 11:59 PM | Unmonitored Calls Only: | N |
| Register No.: | All | Register No. Profile: All | | Hidden Calls Only: | N |
| Phone Number: | (210)299-1053 | Phone # Profile: | All | Locked Calls Only | N |
| Last Name: | All | First Name: | All | Commented Calls Only | N |
| Call Type: | Both | Comment Contains: All | | Monitored Calls Only: | N |
| ECN: | All | Call Status: | Completed | Missed Calls Only: | N |
| Station Profile: | All | Result Code: | All | Translated Text Only: | N |
| Stations: | All | | | | |

| Reg # | Name | Date | Number Called | City | ST | Monitored | Locked | Duration | Station Name | Commented | Tp | Status | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89008132 | BENAVIDES EDWARD | 8/7/2008 10:41 AM | (210)299-1053 | SANANTONIO | TX | N | N | 8 | 4105-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 8/5/2008 10:49 AM | (210)299-1053 | SANANTONIO | TX | N | N | 3 | 4105-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 8/4/2008 10:41 AM | (210)299-1053 | SANANTONIO | TX | N | N | 1 | 4105-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 7/29/2008 11:34 AM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4105-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 7/23/2008 11:48 AM | (210)299-1053 | SANANTONIO | TX | N | N | 5 | 4102-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 7/17/2008 10:58 AM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4104-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 7/8/2008 4:49 PM | (210)299-1053 | SANANTONIO | TX | N | N | 3 | 4105-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 7/7/2008 1:19 PM | (210)299-1053 | SANANTONIO | TX | N | N | 6 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/30/2008 10:42 AM | (210)299-1053 | SANANTONIO | TX | N | N | 3 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/27/2008 11:32 AM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4102-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/19/2008 2:16 PM | (210)299-1053 | SANANTONIO | TX | N | N | 8 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/18/2008 2:40 PM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/18/2008 10:59 AM | (210)299-1053 | SANANTONIO | TX | Y | N | 2 | 4102-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/17/2008 1:25 PM | (210)299-1053 | SANANTONIO | TX | N | N | 1 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/10/2008 10:30 AM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4105-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/13/2008 10:48 AM | (210)299-1053 | SANANTONIO | TX | N | N | 3 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/4/2008 3:44 PM | (210)299-1053 | SANANTONIO | TX | N | N | 7 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 6/2/2008 1:18 PM | (210)299-1053 | SANANTONIO | TX | N | N | 5 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 5/28/2008 11:14 AM | (210)299-1053 | SANANTONIO | TX | N | N | 4 | 4102-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 5/21/2008 1:07 PM | (210)299-1053 | SANANTONIO | TX | Y | N | 3 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 5/19/2008 2:59 PM | (210)299-1053 | SANANTONIO | TX | Y | N | 7 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 5/19/2008 10:47 AM | (210)299-1053 | SANANTONIO | TX | Y | N | 2 | 4102-BMM-M-B | N | D | Completed | BMA |

User ID: (b)(2)High

Date:   08/06/2009
Time:   07:47 AM

Location: BMA

## Federal Bureau of Prisons
### TRUFONE
### Monitor Recorded Calls (Complex)
### Sensitive But Unclassified

| Reg # | Name | Date | Number Called | City | ST | Monitored | Locked | Duration | Station Name | Commented | Tp | Status | I Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89008132 | BENAVIDES EDWARD | 5/18/2008 3:37 PM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 5/15/2008 9:14 AM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 5/9/2008 12:15 PM | (210)299-1053 | SANANTONIO | TX | N | N | 1 | 4105-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 5/5/2008 12:29 PM | (210)299-1053 | SANANTONIO | TX | Y | N | 6 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 4/30/2008 3:43 PM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 4/22/2008 2:17 PM | (210)299-1053 | SANANTONIO | TX | N | N | 3 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 4/10/2008 11:18 AM | (210)299-1053 | SANANTONIO | TX | N | N | 3 | 4103-BMM-M-B | N | D | Completed | BMA |
| 89008132 | BENAVIDES EDWARD | 3/27/2008 11:02 AM | (210)299-1053 | SANANTONIO | TX | N | N | 2 | 4103-BMM-M-B | N | D | Completed | BMA |

**Total Number of Calls   30**